GHEESLING *v.* MARTIN *et al.*

RUSSELL, C. J. 1. "The granting and continuing of injunctions must always rest in the sound discretion of the judge, according to the circumstances of each case." Civil Code (1910), § 5497.

2. "In hearings upon applications for interlocutory injunctions, where the evidence upon material issues of fact is in conflict, the grant or refusal

of applications is within the discretion of the chancellor, and the exercise of his discretion in granting or refusing the relief prayed for will not be controlled unless manifestly abused." *Sapp* v. *Ritch,* 169 *Ga.* 33 (3) (149 S. E. 636).

3. Upon the evidence adduced, it can not be held that there was an abuse of discretion in the present case.

*Judgment affirmed. All the Justices concur.*

No. 9199. MARCH 18, 1933.

*B. J. Stevens,* for plaintiff.
*J. B. & T. R. Burnside,* for defendants.